Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, James Edward Ennis

**UNITED STATES DISTRICT COURT**

**Central District Of California**

| | |
|---|---|
| JAMES EDWARD ENNIS, | Case No. 5:25-cv-01672-PD |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant | |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), **IT IS ORDERED**.

Dated December 9, 2025

*Patricia Donahue*

Hon. Patricia Donahue
United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))  - 1